

**FILED**

OCT 0 2 2002

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY W. LEWIS, M.D., ) | **NOTICE OF HEARING** |
| vs. ) | |
| ) | Case No.: CIV-02-1378-M |
| STEVEN D. JIMERSON, M.D., et al., ) | |

Type of Case    ☒ CIVIL    ☐ CRIMINAL

☒ *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

| Place | Room No. |
|---|---|
| U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | **Courtroom, No. 501**<br>**5th floor** |
| | **Date and Time**<br>Friday, October 4, 2002 at 1:30 p.m. |

TYPE OF PROCEEDING

**TRO HEARING**

☐ *TAKE NOTICE*

That the proceeding in this case has been rescheduled as indicated below:

| Place | Date and Time Previously Scheduled | Continued to - Date and Time |
|---|---|---|
| U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | | |

VICKI MILES-LaGRANGE
U. S. DISTRICT JUDGE

10-2-02
DATE

By: _____ Spaulding
DEPUTY CLERK

xc: all parties

