**FILED**
**JAN 2 7 2003**
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JERRY W. LEWIS, M.D., )
)
Plaintiff, )
)
vs. ) Case No. CIV-02-1378-M
)
STEVEN D. JIMERSON, M.D., )
JERRY D. LEU, M.D., )
GERALD W. McCULLOUGH, M.D., )
BRADLEY G. CHRISTIANSON, D.O., )
DAVID WHITAKER, and )
NORMAN REGIONAL HOSPITAL )
AUTHORITY, an Oklahoma Public Trust, )
)
Defendants. )

DOCKETED

## JUDGMENT

Pursuant to this Court's order entered this same date, this action is DISMISSED without prejudice.

ENTERED at Oklahoma City, Oklahoma this _27th_ day of January, 2003.

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

ENTERED ON JUDGMENT DOCKET ON 1-27-03